

U.S. Department of Justice

United States Attorney's Office
District of Delaware

*The Nemours Building*      *(302) 573-6277*
*1007 Orange Street, Suite 700*      *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

April 18, 2006

**BY CM/ECF**

Dr. Peter T. Dalleo
Clerk
United States District Court
  for the District of Delaware
844 King Street
Wilmington, Delaware 19801

        **RE:**     **Lannak v. Biden, et al., Civil Action No. 06-180 JJF**

Dear Dr. Dalleo:

      The defendants in this action are each officers or employees of the United States. Accordingly, pursuant to Rule 12(a)(3) of the Federal Rules of Civil Procedure, the defendants have sixty (60) days to answer or otherwise respond to the complaint following effective service, and not twenty (20) days as indicated on the issued summons.

      In addition, I note that service in this action is governed by Rule 4(i)(2) of the Federal Rules of Civil Procedure. Rule 4(i)(2) requires the plaintiff to serve a copy of the summons and complaint on the United States Attorney for the District of Delaware, the Attorney General of the United States, and on the defendants in the manner prescribed by Rule 4(i)(2).

                                                               Respectfully submitted,

                                                              COLM F. CONNOLLY
                                                              United States Attorney

                                By: _____
                                       Douglas E. McCann
                                       Assistant United States Attorney

cc:     Thomas Caballero, Esquire (By Facsimile)
        John Filamore, Esquire (By Facsimile)
        Dr. Frederick Joseph Lannak, pro se (By First Class Mail)