**PRECIPICE**　　　　　　　　　　　　　　　　　　　　　　　　　April 21, 2006

Dr. Peter T. Dalleo
Clerk
United States District Court
for the District of Delaware
844 King Street
Wilmington, Delaware 19801

　　　　　　　　**RE:　Lannak v. Biden, et al., Civil Action No. 06-180 JJF**

Dear Dr. Dalleo:

The answer to the complaint on the three enclosed summons has been amended from (20) days to (60) days, as indicated in the enclosed April 18, 2006 letter from the United States Attorney's Office, District of Delaware.

　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　　　*Dr. Fred Lannak* (signature)

　　　　　　　　　　　　　　　　　　　　　　　　　Dr. Frederick Joseph Lannak
　　　　　　　　　　　　　　　　　　　　　　　　　126D Chestnut Crossing Drive
　　　　　　　　　　　　　　　　　　　　　　　　　Newark, Delaware 19173

FILED
APR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dr. Fred Lannak
126D Chestnut Crossing Dr.
Newark, DE 19713



WILMINGTON DE 197
22 APR 2006 PM 1 T



Dr. **Peter Dalleo**
**Clerk**
United States District **Court**
**For** the **District of Delaware**
**844** King Street
**Wilmington, Delaware** 19801