AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Dr. Frederick Joseph Lannak

V.

Delaware, U.S. Senator
Thomas R. Carper

ALIAS
SUMMONS IN A CIVIL CASE

CASE NUMBER: 06 180

2006 MAY -3 PM 3: 07
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)

Thomas R. Carper
Delaware, U.S. Senator
301 N. Walnut Street
Wilmington, Delaware 19801   (New Castle County)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PLAINTIFF

Dr. Frederick Joseph Lannak
126D Chestnut Crossing Drive
Newark, Delaware 19713   (New Castle County)

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

4-24-06

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>April 26, 2006 at 1:43 PM |
| NAME OF SERVER (PRINT)<br>Daniel Newcomb | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Thomas R. Carper was effectuated by personally serving Manisha Smith, who is duly authorized to accept service. Service was made at 301 N. Walnut Street, Wilmington DE 19801.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES<br>$25.00 | TOTAL<br>$25.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 28, 2006
                   *Date*

Signature of Server

DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.