AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Dr. Frederick Joseph Lannak

V.

Delaware, Congressman
Michael N. Castle

*ALIAS*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 180

TO: (Name and address of Defendant)

Michael N. Castle
Delaware, Congressman
201 N. Walnut Street
Wilmington, Delaware 19801    (New Castle County)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PLAINTIFF

Dr. Frederick Joseph Lannak
126D Chestnut Crossing Drive
Newark, Delaware 19713    (New Castle County)

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

(By) DEPUTY CLERK

DATE  4-24-06

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>April 26, 2006 at 1:37 PM |
| NAME OF SERVER (PRINT)<br>Daniel Newcomb | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Michael N. Castle was effectuated by personally serving Kiadii Harmon, Administrator Assistant duly authorized to accept service. Service was made at 201 N. Walnut St., Wilmington, DE 19801.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  $25.00 | TOTAL  $25.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 28, 2006
              Date

Signature of Server
DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.