IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK,  :
        :
      Plaintiff,  :
        :
v.      :  Civil Action No. 06-180 (JJF)
        :
U.S. SENATOR JOSEPH BIDEN,  :
U.S. SENATOR THOMAS CARPER,  :
CONGRESSMAN MICHAEL CASTLE,  :
        :
      Defendants.  :

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Thomas E. Caballero, Esquire, to represent Defendants Senator Joseph R. Biden, Jr. and Senator Thomas R. Carper in this action.

    COLM F. CONNOLLY
    United States Attorney

By: Ellen W. Slights
    Delaware Bar I.D. No. 2782
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, Delaware 19899-2046
    (302) 573-6277
    ellen.slights@usdoj.gov

Dated:  June 26, 2006

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

    Honorable Joseph J. Farnan, Jr.
    United States District Court Judge

DATED:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK,

    Plaintiff,

v.                                   Civil Action No. 06-180 (JJF)

U.S. SENATOR JOSEPH BIDEN,
U.S. SENATOR THOMAS CARPER,
CONGRESSMAN MICHAEL CASTLE,

    Defendants.

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                                     Thomas E. Caballero
                                                     Assistant Senate Legal Counsel
                                                     Florida Bar No. 0118000
                                                     Office of Senate Legal Counsel
                                                     United States Senate
                                                     642 Hart Senate Office Bldg
                                                     Washington, DC 20510-7250
                                                     thomas_caballero@legal.senate.gov

Date:   June 23, 2006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. FREDERICK JOSEPH LANNAK, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-180 (JJF) |
| : | |
| U.S. SENATOR JOSEPH BIDEN, : | |
| U.S. SENATOR THOMAS CARPER, : | |
| CONGRESSMAN MICHAEL CASTLE, : | |
| : | |
| Defendants. : | |

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on June 26, 2006, I electronically filed the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using ECF, and I hereby attest that I have delivered a copy of said document via United States Mail, postage prepaid, to Plaintiff at the following address:

Frederick Joseph Lannak, *Pro Se*
126D Chestnut Crossing Drive
Newark, DE 19702

/s/ Kathie Gray

Kathie Gray
Office of the United States Attorney
1007 Orange Street, P.O. Box 2046
Wilmington, DE 19899