IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK, :
:
    Plaintiff, :
:
v. : Civil Action No. 06-180 (JJF)
:
U.S. SENATOR JOSEPH BIDEN, :
U.S. SENATOR THOMAS CARPER, :
CONGRESSMAN MICHAEL CASTLE, :
:
    Defendants. :

NOTICE OF APPEARANCE
ON BEHALF OF DEFENDANTS
SENATOR JOSEPH R. BIDEN, JR.
AND SENATOR THOMAS R. CARPER

Please enter the appearance of the undersigned as counsel for Defendants Senator Joseph R. Biden, Jr. and Senator Thomas R. Carper in this action. The appearance of attorneys from the office of Senate Legal Counsel is pursuant to 2 U.S.C. §§ 288b(a), 288c(a), and Senate Resolution 490, 109th Cong., 2nd Sess., *reprinted in* 152 Cong. Rec. S5029 (daily ed. May 23, 2006) (authorizing Senate Legal Counsel to represent Senators Joseph R. Biden, Jr. and Thomas R. Carper in the case of *Lannak v. Biden, et al.*). Section 288*l*(b) of title 2 of the United States Code provides that the undersigned counsel, who serve in the Office of Senate Legal Counsel, "shall be entitled . . . to enter an appearance in any proceeding before any court of the United States or of a State or

political subdivision thereof without compliance with any requirement for admission to practice before such court. . . ."

Respectfully submitted,

Senate Legal Counsel

COLM F. CONNOLLY
United States Attorney

_Patricia Mack Bryan_ by ts      By: _Ellen W. Slights_
Patricia Mack Bryan           ELLEN W. SLIGHTS
Senate Legal Counsel          Assistant United States Attorney
                              Delaware Bar No. 2782
Morgan J. Frankel             1007 N. Orange Street, Suite 700
Deputy Senate Legal Counsel   Wilmington, DE 19801
                              (302) 573-6277 ext. 158
Grant R. Vinik                Ellen.Slights@usdoj.gov
Assistant Senate Legal Counsel

_Thomas E Caballero_ by ts
Thomas E. Caballero
Assistant Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
(202) 224-4435 (tel), (202) 224-3391 (fax)

Dated: June 26, 2006

## CERTIFICATE OF SERVICE

It is hereby certified that on this 26 day of June, 2006, I caused to be filed the foregoing **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS SENATOR JOSEPH R. BIDEN, JR. AND SENATOR THOMAS R. CARPER** with the Clerk of Court using the Court's electronic filing system (ECF), and that I also caused to be sent via United States Mail, postage prepaid, this document to the following non-registered party:

    Dr. Frederick Joseph Lannak
    126D Chestnut Crossing Drive
    Newark, DE 19713

    Plaintiff *pro se*

/s/ Ellen W. Slights
ELLEN W. SLIGHTS