IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK,   :
                               :
        Plaintiff,             :
                               :
v.                             :    Civil Action No. 06-180 (JJF)
                               :
U.S. SENATOR JOSEPH BIDEN,     :
U.S. SENATOR THOMAS CARPER,    :
CONGRESSMAN MICHAEL CASTLE,    :
                               :
        Defendants.            :

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John D. Filamor, Esquire, to represent Defendant Michael Castle in this action.

                                COLM F. CONNOLLY
                                United States Attorney

                                By: Ellen W. Slights
                                Delaware Bar I.D. No. 2782
                                The Nemours Building
                                1007 Orange Street, Suite 700
                                P. O. Box 2046
                                Wilmington, Delaware 19899-2046
                                (302) 573-6277
                                ellen.slights@usdoj.gov

Dated:  June 26, 2006

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge

DATED:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK, :
:
    Plaintiff, :
:
v. : Civil Action No. 06-180 (JJF)
:
U.S. SENATOR JOSEPH BIDEN, :
U.S. SENATOR THOMAS CARPER, :
CONGRESSMAN MICHAEL CASTLE, :
:
    Defendants. :

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*[signature]*

John D. Filamor
Assistant Counsel (D.C. Bar No. 476240)
Office of the General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700

Date:   June 22, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK, :
:
Plaintiff, :
:
v. : Civil Action No. 06-180 (JJF)
:
U.S. SENATOR JOSEPH BIDEN, :
U.S. SENATOR THOMAS CARPER, :
CONGRESSMAN MICHAEL CASTLE, :
:
Defendants. :

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on June 26, 2006, I electronically filed the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using ECF, and I hereby attest that I have delivered a copy of said document via United States Mail, postage prepaid, to Plaintiff at the following address:

Frederick Joseph Lannak, *Pro Se*
126D Chestnut Crossing Drive
Newark, DE 19702

/s/ Kathie Gray

Kathie Gray
Office of the United States Attorney
1007 Orange Street, P.O. Box 2046
Wilmington, DE 19899