IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK, :
: 
Plaintiff, :
:
v. : Civil Action No. 06-180 (JJF)
:
U.S. SENATOR JOSEPH BIDEN, :
U.S. SENATOR THOMAS CARPER, :
CONGRESSMAN MICHAEL CASTLE, :
:
Defendants. :

**NOTICE OF APPEARANCE
ON BEHALF OF
<u>DEFENDANT MICHAEL N. CASTLE</u>**

Please enter our appearance as counsel for defendant Michael Castle, At Large U.S. Representative for the state of Delaware. Attorneys in the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without

DOCS# 13452

compliance with any requirement for admission to practice before such court . . . ."

2 U.S.C. § 130f(a).

|  |  |
|---|---|
|  | Respectfully submitted, |
| House General Counsel | COLM F. CONNOLLY<br>United States Attorney |
| GERALDINE R. GENNET<br>General Counsel |  |
| KERRY W. KIRCHER<br>Deputy General Counsel | By: /s/ Ellen W. Slights<br>ELLEN W. SLIGHTS<br>Assistant United States Attorney<br>Delaware Bar No. 2782<br>1007 N. Orange Street, Suite 700<br>Wilmington, DE 19801<br>(302) 573-6277 ext. 158<br>Ellen.Slights@usdoj.gov |
| JOHN D. FILAMOR<br>Assistant Counsel |  |
| Office of General Counsel<br>U.S. House of Representatives<br>219 Cannon House Office Building<br>Washington, D.C. 20515<br>(202) 225-9700 (telephone)<br>(202) 226-1360 (facsimile) |  |

Dated: June 26, 2006

DOCS# 13452

2

## CERTIFICATE OF SERVICE

It is hereby certified that on this 26th day of June, 2006, I caused to be filed the foregoing **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MICHAEL N. CASTLE** with the Clerk of Court using the Court's electronic filing system (ECF), and that I also caused to be sent via United States Mail, postage prepaid, this document to the following non-registered party:

Dr. Frederick Joseph Lannak
126D Chestnut Crossing Drive
Newark, DE 19713

Plaintiff *pro se*

ELLEN W. SLIGHTS

DOCS# 13452

3