IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK,

    Plaintiff,

v.                                Civil Action No. 06-180 (JJF)

U.S. SENATOR JOSEPH BIDEN,
U.S. SENATOR THOMAS CARPER,
CONGRESSMAN MICHAEL CASTLE,

    Defendants.

## DEFENDANTS' MOTION TO DISMISS

Defendants United States Senator Joseph R. Biden, Jr., United States Senator Thomas R. Carper, and United States Representative Michael N. Castle, through counsel, hereby respectfully move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss plaintiff's complaint with prejudice as to all claims.[1]

---

[1] Along with local counsel from the United States Attorney's Office, attorneys from the Senate Legal Counsel are appearing in this action on behalf of Senators Biden and Carper and attorneys from the Office of General Counsel for the U.S. House of Representatives are appearing on behalf of Representative Castle.

Appearance by attorneys from the Office of Senate Legal Counsel in this action is pursuant to 2 U.S.C. §§ 288b(a), 288c(a), and Senate Resolution 490, 109th Cong., 2nd Sess., *reprinted in* 152 Cong. Rec. S5029 (daily ed. May 23, 2006). Section 288*l*(b) of title 2 of the United States Code provides that attorneys in the Office of Senate Legal Counsel "shall be entitled . . . to enter an appearance in any proceeding before any court of the United States . . . without compliance with any requirement for admission to practice before such court . . . ."

Similarly, attorneys in the Office of House General Counsel are "entitled, for the purpose of performing [their] functions, to enter an appearance in any proceeding before any court of the United States . . . without compliance with any requirement for admission to practice before such court . . . ." 2 U.S.C. § 130f(a).

Plaintiff's complaint asserting a cause of action under the Age Discrimination Act fails to state a claim against the defendants. First, plaintiff's allegations that defendants violated the Age Discrimination Act fail to state a claim because that Act does not cover the actions of United States Senators or Representatives. *See* 42 U.S.C. §§ 6101-6102, 6107. In addition, the Age Discrimination Act provides for a cause of action for equitable relief only, and thus does not permit plaintiff's sole claim seeking only money damages. *See id.* § 6104(e)(1). Further, plaintiff has failed to exhaust his administrative remedies prior to bringing his suit as required by the Age Discrimination Act. *See id.* § 6104(e)(2).

The complaint also should be dismissed because allegations such as plaintiff's here that a Member of Congress has declined a request for assistance from a constituent do not state any cognizable claim. *See Richards v. Harper*, 864 F.2d 85, 88 (9th Cir. 1985); *McDonough v. Ney*, 599 F. Supp. 679, 683 (D. Maine 1984).

//

//

//

//

//

//

//

//

//

//

For these reasons, which are explained more fully in the accompanying Brief in Support of Defendants' Motion to Dismiss, plaintiff's complaint should be dismissed with prejudice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Ellen W. Slights
ELLEN W. SLIGHTS
Assistant United States Attorney
Delaware Bar No. 2782
1007 N. Orange Street, Suite 700
Wilmington, DE 19801
(302) 573-6277 ext. 158
Ellen.Slights@usdoj.gov

Geraldine R. Gennet
General Counsel

Kerry W. Kircher
Deputy General Counsel

/s/ John D. Filamor
John D. Filamor
Assistant Counsel

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Bldg.
Washington, D.C. 20515-6532
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

Attorneys for U.S. Representative
Michael N. Castle

Dated: June 26, 2006

/s/ Patricia Mack Bryan
Patricia Mack Bryan
Senate Legal Counsel

Morgan J. Frankel
Deputy Senate Legal Counsel

Grant R. Vinik
Assistant Senate Legal Counsel

Thomas E. Caballero
Assistant Senate Legal Counsel

Office of Senate Legal Counsel
United States Senate
642 Hart Senate Office Building
Washington, D.C. 20510-7250
(202) 224-4435 (telephone)
(202) 224-3391 (facsimile)

Attorneys for U.S. Senators Joseph
R. Biden, Jr. and Thomas R. Carper

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. FREDERICK JOSEPH LANNAK, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-180 (JJF) |
| : | |
| U.S. SENATOR JOSEPH BIDEN, : | |
| U.S. SENATOR THOMAS CARPER, : | |
| CONGRESSMAN MICHAEL CASTLE, : | |
| : | |
| Defendants. : | |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of the Defendants' Motion to Dismiss and all briefing thereto, it is on this _____ day of _____, 2006,

HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED; and it is further

ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

It is hereby certified that on this 26th day of June, 2006, I caused to be filed the foregoing **DEFENDANTS' MOTION TO DISMISS** and **Proposed ORDER** with the Clerk of Court using the Court's electronic filing system (ECF), and that I also caused to be sent via United States Mail, postage prepaid, these documents to the following non-registered party:

> Dr. Frederick Joseph Lannak
> 126D Chestnut Crossing Drive
> Newark, DE 19713
>
> Plaintiff *pro se*

_____
ELLEN W. SLIGHTS