IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. FREDERICK JOSEPH LANNAK, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | Civil Action No. 06-180 (JJF) |
| : | |
| U.S. SENATOR JOSEPH BIDEN, : | |
| U.S. SENATOR THOMAS CARPER, : | |
| CONGRESSMAN MICHAEL CASTLE, : | |
| : | |
| Defendants. : | |

## NOTICE BY DEFENDANTS OF WAIVER
## OF THEIR RIGHT TO FILE A REPLY BRIEF

Defendants United States Senator Joseph R. Biden, Jr., United States Senator Thomas R. Carper, and United States Representative Michael N. Castle, through counsel, hereby respectfully provide notice, pursuant to Local Rule 7.1.2(a)(3), that they waive their right to file a reply brief in support of Defendants' Motion to Dismiss [docket # 13]. Defendants filed their motion to dismiss [docket # 13] along with an opening brief in support of that motion (Brief in Support of Defendants' Motion to Dismiss [docket # 14]) on June 26, 2006. On June 29, 2006, plaintiff filed a Motion to Dismiss the Defendants' Motion to Dismiss [docket #15]. Defendants presume that plaintiff's filing should be treated as an answering brief in opposition to their motion to dismiss, as provided in

Local Rule 7.1.2(a)(2). Defendants hereby provide notice that they waive their right to file a reply brief.

                        Respectfully submitted,

                        COLM F. CONNOLLY
                        United States Attorney

By: /s/ Ellen W. Slights
                        ELLEN W. SLIGHTS
                        Assistant United States Attorney
                        Delaware Bar No. 2782
                        1007 N. Orange Street, Suite 700
                        Wilmington, DE 19801
                        (302) 573-6277 ext. 158
                        Ellen.Slights@usdoj.gov

| | |
|---|---|
| Geraldine R. Gennet<br>General Counsel | /s/ Patricia Mack Bryan (by JDF)<br>Patricia Mack Bryan<br>Senate Legal Counsel |
| Kerry W. Kircher<br>Deputy General Counsel | Morgan J. Frankel<br>Deputy Senate Legal Counsel |
| /s/ John D. Filamor (by JDF)<br>John D. Filamor<br>Assistant Counsel | Grant R. Vinik<br>Assistant Senate Legal Counsel |
| | Thomas E. Caballero<br>Assistant Senate Legal Counsel |
| Office of General Counsel<br>U.S. House of Representatives<br>219 Cannon House Office Bldg.<br>Washington, D.C. 20515-6532<br>(202) 225-9700 (telephone)<br>(202) 226-1360 (facsimile) | Office of Senate Legal Counsel<br>United States Senate<br>642 Hart Senate Office Building<br>Washington, D.C. 20510-7250<br>(202) 224-4435 (telephone)<br>(202) 224-3391 (facsimile) |
| Attorneys for U.S. Representative<br>Michael N. Castle | Attorneys for U.S. Senators Joseph<br>R. Biden, Jr. and Thomas R. Carper |

Dated: July 7, 2006

## CERTIFICATE OF SERVICE

It is hereby certified that on this ___7th___ day of July, 2006, I caused to be filed the foregoing **NOTICE BY DEFENDANTS OF WAIVER OF THEIR RIGHT TO FILE A REPLY BRIEF** with the Clerk of Court using the Court's electronic filing system (ECF), and that I also caused to be sent via United States Mail, postage prepaid, these documents to the following non-registered party:

    Dr. Frederick Joseph Lannak
    126D Chestnut Crossing Drive
    Newark, DE 19713

    Plaintiff *pro se*

                                                  _/s/ Ellen W. Slights_
                                                  ELLEN W. SLIGHTS