## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK,                :
                                            :
       Plaintiff,                           :
                                            :
v.                                          :   Civil Action No. 06-180 (JJF)
                                            :
U.S. SENATOR JOSEPH BIDEN,                  :
U.S. SENATOR THOMAS CARPER,                 :
CONGRESSMAN MICHAEL CASTLE,                 :
                                            :
       Defendants.                          :

## ORDER

UPON CONSIDERATION of the United States' motion to allow United States Senate Legal Counsel Patricia Mack Bryan, Assistant Senate Legal Counsel Thomas E. Caballero, and Assistant Counsel for the U.S. House of Representatives John D. Filamor to appear without local counsel, the reasons stated therein, and the entire record herein, it is this __7__ day of ___July___, 2006 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and United States Senate Legal Counsel Patricia Mack Bryan, Assistant Senate Legal Counsel Thomas E. Caballero, and Assistant Counsel John D. Filamor are not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with them; and it is,

FURTHER ORDERED that the Clerk's Office provide United States Senate Legal Counsel Patricia Mack Bryan, Assistant Senate Legal Counsel Thomas E. Caballero, and Assistant Counsel John D. Filamor with Electronic Filing Log-Ins and Passwords so that they may file pleadings in this Court without the participation of the United States Attorney's Office.

UNITED STATES DISTRICT JUDGE